Submitted on record and briefs January 22, conviction affirmed; remanded for resentencing February 10, 1993

STATE OF OREGON,
*Respondent,*

*v.*

DONALD WAYNE MYERS,
*Appellant.*

(91-1050; CA A73712)

845 P2d 935

Sally L. Avera, Public Defender, and Stephen J. Williams, Deputy Public Defender, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Robert M. Atkinson, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Warren and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for criminally negligent homicide. ORS 163.145. He challenges only the part of the sentence requiring him to pay restitution to Kathleen Kirk, the victim's mother. The state concedes that the court so erred.

Conviction affirmed; remanded for resentencing.